```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONOCOQUE DIVERSIFIED INTERESTS, LLC,

           Plaintiff,

-against-

AQUILA AIR CAPITAL (IRELAND) DAC,

           Defendant.

22-cv-10015 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's application for emergency relief [ECF Nos. 46, 47, 48], which was filed yesterday evening. IT IS HEREBY ORDERED that Defendant shall serve its application for emergency relief on Plaintiff, and file proof of such service on ECF, by the close of business today, March 10, 2023. IT IS FURTHER ORDERED that Plaintiff shall file any response by the close of business on Tuesday, March 14, 2023. Any reply is due by 2:00 p.m. on Wednesday, March 15, 2023.

IT IS FURTHER ORDERED that the parties shall appear for a hearing on Defendant's motion on Monday, March 20, 2023 at 11:00 a.m. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date: March 10, 2023**
**New York, NY**

        *Mary Kay Vyskocil*
        **MARY KAY VYSKOCIL**
        **United States District Judge**