USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/30/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONOCOQUE DIVERSIFIED INTERESTS, LLC,

                        Plaintiff,

        -against-

AQUILA AIR CAPITAL (IRELAND) DAC,

                        Defendant.

22-cv-10015 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' letters regarding Plaintiff's contemplated motion for sanctions in this case [ECF Nos. 91, 92].  Based on the Court's careful review of the parties' thorough letters, a pre-motion conference is not necessary.

IT IS HEREBY ORDERED that Plaintiff shall file its contemplated motion on or before November 10, 2023.  Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).  Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

**Date:  October 30, 2023**
**       New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

1