**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MONOCOQUE DIVERSIFIED INTERESTS,
LLC,

                                Plaintiff,

             -against-                                    22 **CIVIL** 10015 (MKV)

                                                  **JUDGMENT**

AQUILA AIR CAPITAL (IRELAND)
DAC,

                                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 17, 2026, Aquila's motion for summary judgment [ECF No. 124] is GRANTED. Aquila's request for oral argument in connection with that motion [ECF No. 134] is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

        March 18, 2026

                                           **TAMMI M. HELLWIG**
                                        _____
                                         **Clerk of Court**

              **BY:**                 K. mango

                                         _____
                                         **Deputy Clerk**